## Robert A. Webster, Ex. Estate of Frank Z. LaDuke v. Catherine F. LaDuke

[ 220 A.2d 474 ]

April Term, 1966

Present: Holden, C.J., Shangraw, Barney, Smith and Keyser, JJ.

Opinion Filed June 7, 1966

*Frank L. Bunting* for appellant.

*O'Neill, Delaney & Valente* for appellee.

**Per Curiam.** █ This is a purported appeal from a decree of foreclosure of a Mortgage decreed by the Rutland County Court of Chancery on January 2, 1966. No permission from the court below to take the appeal here appears in the record before us as required by 12 V.S.A. §4601. We are without authority to entertain the appeal. See *Factory Point Bank* v. *Equinox Co.*, 110 Vt. 277, 279, 5 A.2d 462. The entry is *"Appeal Dismissed."*